[Nos. 70865-1-I; 70866-0-I;  Division One.  July 21, 2014.]
70867-8-I.

*In the Matter of the Dependency of* K.C. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. NICOLE CADIENTE, *Appellant.*

Appeals from a judgment of the Superior Court for Whatcom County, Nos. 13-7-00145-9, 13-7-00146-7, and 13-7-00147-5, Alfred L. Heydrich, J. Pro Tem., entered September 3, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 70959-3-I.  Division One.  July 21, 2014.]

*In the Matter of the Marriage of* TAMMY J. TRIPLETT, *Respondent,* and STEPHANIE L. CASE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-00253-2, Jay V. White, J., entered September 9, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Leach, JJ.

[No. 71010-9-I.  Division One.  July 21, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. D.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 13-8-06186-6, Barbara A. Mack, J., entered October 11, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.